UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Anthony Earl Ray, | ) | C/A No. 4:12-cv-02723-RBH-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Cheif Rhodes; John Townsend, Horry County Police, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, proceeding pro se and *in forma pauperis*, brought this action alleging his constitutional rights were violated because he was falsely arrested. Defendants filed a Motion for Summary Judgment on March 26, 2014. ECF No. 48. As Plaintiff is proceeding pro se, the court entered an order on March 27, 2014, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising Plaintiff of the importance of a motion for summary judgment and of the need for him to file an adequate response. ECF No. 49. Plaintiff was informed that his response was due by May 1, 2014, and was specifically advised that if he failed to respond adequately, Defendants' Motion may be granted, thereby ending his case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion. As such, it appears to the court that Plaintiff does not oppose the motion and wishes to abandon his action against Defendants. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' Motion for Summary Judgment by **May 23, 2014.** Plaintiff is further advised that if he fails to respond, this action

against Defendants will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

May 7, 2014                                          Kaymani D. West
Florence, South Carolina                   United States Magistrate Judge

2